# United States District Court
## District of Minnesota

| | |
|---|---|
| Jennifer N. Marah, | Court file no. 14-cv-0393 (MJD/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Stellar Recovery Inc., | |
| Defendant. | |

The court having been advised that the above-entitled action has been resolved [Doc. #8], **it is ordered** that the above-entitled action against Defendant shall be and hereby is **dismissed with prejudice**, without costs, disbursements, or attorney fees to any party.

**Let Judgment be Entered Accordingly**.

Date:  April 21, 2014

s/Michael J. Davis
The Honorable Michael J. Davis,
Chief Judge
United States District Court